# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Nickle,<br><br>　　　　Plaintiff,<br><br>v.<br><br>American Family Mutual Insurance Company SI, et al.,<br><br>　　　　Defendants. | No. CV-18-00106-PHX-SMB<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 44) and good cause appearing;

**IT IS HEREBY ORDERED** that all claims brought by Plaintiff against Defendant American Family Mutual Insurance Company, S.I. are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk's Office to terminate this case.

Dated this 3rd day of April, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge